# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2203 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | |
| v. | : | File No. C2-14-269 |
| | : | |
| | : | |
| WALTER D. CAMPBELL, | : | Attorney Registration No. 21056 |
| Respondent | : | (Bucks County) |

## **O R D E R**

**PER CURIAM:**

AND NOW, this 4th day of September, 2015, upon consideration of the Certificate of Admission of Disability by Attorney, Respondent is immediately transferred to inactive status for an indefinite period and until further Order of the Court per Pa.R.D.E. 301(e), and he shall comply with all of the provisions of Pa.R.D.E. 217.

All pending disciplinary proceedings shall be held in abeyance except for the perpetuation of testimony and the preservation of documentary evidence.